# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALPHONZO H. HILL,  :  Case No. 3:12-cv-173

    Plaintiff,

                                              District Judge Walter H. Rice

vs.  :  Magistrate Judge Michael J. Newman

DOUGLAS M. RASTATTER, *et al.*,

    Defendants.  :

_____

## ORDER STAYING CASE
_____

Given the undersigned's recommendation that Plaintiff's complaint be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B) and § 1915A(b) for failure to state a claim upon which relief can be granted, *see* doc. 3, this case is **STAYED** pending the Court's review of said Report and Recommendation.

September 7, 2012                                            s/ **Michael J. Newman**
                                                                                United States Magistrate Judge