IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ALPHONZO H. HILL, | : | Case No. 3:12-cv-173 |
| Plaintiff, | | |
| | : | District Judge Walter H. Rice |
| vs. | | Magistrate Judge Michael J. Newman |
| DOUGLAS M. RASTATTER, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #3) IN ITS ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #4) OVERRULED; DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE; TERMINATION ENTRY**

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendation, filed June 13, 2012 (Doc. #3), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts the aforesaid Report and Recommendation in its entirety, and overrules Plaintiff's Objections (Doc. #4) thereto.

Plaintiff's complaint is dismissed without prejudice. The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Plaintiff is denied leave to appeal *in forma pauperis*.

September 25, 2012.

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT