IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ALPHONZO H. HILL, | : | Case No. 3:12-cv-173 |
| Plaintiff, | : | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| DOUGLAS M. RASTATTER, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #16) IN ITS ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #17) OVERRULED; AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(4) (DOC. #15)**

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendation, filed February 25, 2013 (Doc. #16), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts the aforesaid Report and Recommendation in its entirety, and overrules Plaintiff's Objections (Doc. #17) thereto.

Plaintiff's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(4) (Doc. #15) is denied. The above captioned case shall remain terminated upon the Court's docket.

March 8 , 2013

                                                   WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT